**4**

Thomas H. Armstrong, #146016
LAW OFFICE OF THOMAS H. ARMSTRONG
5250 North Palm, Suite 224
Fresno, California 93704
Telephone (559) 447-4700
Facsimile (559) 449-2693
lawoffice5250@sbcglobal.net

Proposed Attorney for CHARLOTTE E. SALWASSER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| In re: | CASE NO. 15-10705-B-11F |
| CHARLOTTE ELLEN SALWASSER, | DC No. THA-3 |
| DEBTOR. | DATE: NONE<br>TIME: NONE<br>DEPT: "B", CT. RM. 12<br>JUDGE: W. RICHARD LEE |

APPLICATION BY DEBTOR FOR
<u>ORDER AUTHORIZING EMPLOYMENT OF CHIEF RESTRUCTURING OFFICER</u>

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

Charlotte E. Salwasser, ("Debtor") respectfully represents as follows:

1.  Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 26, 2015.

2.  Debtor wishes to employ James E. Salven, CPA, 8427 N. Millbrook, Suite 101, Fresno, California, 93720 as her Chief Restructuring Officer ("CRO") to market for sale, list, and sell

Debtor's assets, including executing documents as necessary to close any sale, to pay creditors while Debtor continues to operate West Coast Growers, Inc.

3.  Debtor selected James E. Salven, CPA for the following reasons:

    a.  James E. Salven is familiar with bankruptcy practice and debtor-creditor law;

    b.  James E. Salven is experienced in representing bankruptcy estates under the Bankruptcy Code; and

    c.  Debtor believes that James E. Salven is qualified to act as her CRO, to market for sale, list, and sell Debtor's assets, including executing documents as necessary to close any sale, to pay creditors under Chapter 11 of the Bankruptcy Code and performing all other services for Debtor that may be necessary herein.

4.  The professional services that James E. Salven will render include the representation of Debtor in regards to the sale of real and personal property assets in these proceedings filed under Chapter 11 of the Bankruptcy Code and perform business and restructuring services for Debtor that may be necessary herein.

5.  James E. Salven has had numerous conversations and meetings with Debtor from mid February 2015 through the present regarding the Chapter 11 case. This included meeting with the Debtor and certain creditors prior to filing for bankruptcy, travel to the business property in Kerman and to Morro Bay to take inventory of items to be sold, review of tax returns and bank statements, and other conversations to gather information necessary to restructure.

6. James E. Salven has no interest adverse to Debtor or the estate in any of the matters upon which he is to be engaged and Debtor believes that the employment of James E. Salven will be in the best interest of her estate.

7. James E. Salven has no connection with Debtor, her creditors, any other party in interest, or their attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except for as set forth in Exhibit "A" attached to the Declaration of James E. Salven In Support of Application by Debtor For Order Authorizing Employment of Counsel submitted concurrently herewith.

8. Thomas H. Armstrong was paid $60,000.00 by the Debtor to retain him and two (2) other professionals, Hagop Bedoyan of Klein, DeNatale, Goldner, and James E. Salven. Of the $60,000.00, $20,000.00 was designated as a retainer for James E. Salven as the CRO. Mr. Salven was paid $10,867.50 pre-petition for pre-petition work. $9,132.50 remains in Mr. Armstrong's attorney/client trust account for the benefit of Mr. Salven as the CRO. Debtor will be provided with monthly billing statements concerning current amounts to be credited and applied against fees and for costs incurred by James E. Salven in his representation of Debtor. Mr. Salven will be required to file fee applications with the Court in order to draw down on the remaining retainer for services rendered.

9. Compensation paid to James E. Salven will be based on the normal and usual hourly billing rate plus reimbursement for costs incurred as described below and any compensation paid will only be paid after application and approval by the Court.

10. Debtor is informed that the normal billing rate are:

| | |
|---|---|
| James E. Salven, CPA | $250.00 per hour |
| Oscar Gipe, EA | $150.00 per hour |

11. Debtor will reimburse James E. Salven for costs incurred based upon the actual costs advanced in accordance with the Guidelines Pertaining To Request For Compensation and Expenses By Professionals In Eastern District of California Cases.

WHEREFORE, Debtor requests that she be authorized to employ James E. Salven, CPA as her Chief Restructuring Officer of record to render service in the areas described above with compensation to be paid as an administrative expense in such amounts as the Court may hereinafter determine and allow.

Dated: March 3, 2015           *Charlotte E. Salwasser*
                                Charlotte E. Salwasser, Debtor