```
Filed 03/03/15                          Case 15-10705                                       Doc 35
```

United States Bankruptcy Court
Eastern District of California

In re:                                                          Case No. 15-10705-B
Charlotte Ellen Salwasser                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-1          User: admin              Page 1 of 2              Date Rcvd: Mar 03, 2015
                              Form ID: b9e             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2015.
```
db             +Charlotte Ellen Salwasser,    PO Box 296,    Biola, CA  93606-0296
aty            +Hagop T. Bedoyan,    5260 N Palm Ave #201,    Fresno, CA 93704-2217
aty            +Kurt F. Vote,    265 E. River Park Circle, Suite 310,    Fresno, CA 93720-1580
aty            +Riley C. Walter,    205 E. River Park Circle, Ste. 410,    Fresno, CA 93720-1572
aty            +Robert J. Wood,    555 Capitol Mall, Suite 1500,    Sacramento, CA 95814-4603
aty            +Thomas H. Armstrong,    5250 N Palm Ave #224,    Fresno, CA 93704-2228
cr              American West Bank,    c/o Thomas G. Mouzes,    555 Capitol Mall #1500,
                 Sacramento, CA  95814-4603
cr              American West Bank,    c/o Robert J. Wood,    555 Capitol Mall #1500,
                 Sacramento, CA  95814-4603
cr             +Central Valley Community Bank,    c/o Kurt F. Vote,    265 E. River Park Circle #310,
                 Fresno, CA 93720-1580
cr              F. Russell Harris,    Harris Enterprises,    c/o Rex Barney, CFO,    PO Box 797,
                 Chowchilla, CA  93610
cr             +F. Russell Harris,    c/o Riley C. Walter,    205 E. River Park Circle, #410,
                 Fresno, CA 93720-1572
cr             +West Coast Growers, Inc.,    c/o Hagop T. Bedoyan,    5260 N. Palm Ave. #201,
                 Fresno, CA 93704-2217
21382323       +Assemi Sons Inc,    1398 W herndon Suite 101,    Fresno ca 93711-0790
21382326       +BNP Paribas Leasing,    475 Sansome St 19th Floor,    San Francisco Ca 94111-3172
21382324       +Baker Manock Jensen,    5260 N Palm Avenue 4th Floor,    Fresno Ca 93704-2222
21382325       +Baker Peterson Franklin,    970 W Alluvial Avenue,    Fresno Ca 93711-5522
21382327       +Cal West Rain,    PO Box 306,    Kerman Ca 93630-0306
21382328       +Cal-West Rain Inc,    PO Box 306,    4939 North Madera Avenue,    Kerman Ca 93630-9726
21382329       +Capital Insurance Group,    PO Box 2093,    Monterey ca 93942-2093
21382330       +Central Valley Community Bank,    7100 N Financial Drive Suite 101,    Fresno Ca 93720-2900
21382331       +Charter Communications,    PO Box 60229,    Los Angeles Ca 90060-0229
21382332        Chase Bank,    PO Box 78420,    Phoenix AZ 85062-8420
21382333        Chase Bank,    PO Box 78420,    Phoenix Arizona 85062-8420
21382334       +City of Morro Bay,    595 Harbor Street,    Morro Bay Ca 93442-1900
21382335       +City of Morro Bay Water,    595 Harbor St,    Morro Bay Ca 93442-1900
21382336       +Culligan,    2479 S Orange Ave,    Fresno Ca 93725-1332
21382338        DMV,    PO Box 942894,    Sacramento Ca 94294-0894
21382339       +Facundo Maritano,    312 W Fountain Way,    Fresno Ca 93705-3530
21382340       +Firemans Fund,    PO Box 100,    Kingsburg Ca 93631-0100
21382342       +Good Earth Inc,    14332 S Chesnut,    Fresno Ca 93725-9623
21382343       +H M Holloway Inc,    2019 Westwind Drive Suite B,    Bakersfield ca 93301-3030
21382344       +Hagopian Enterprises Inc,    14332 S Chesnut,    Fresno Ca 93725-9623
21382345        Home Depot,    PO Box 183175,    Columbus OH 43218-3175
21382347       +Keri Salwasser,    PO Box 635,    Biola ca 93606-0635
21382348       +Kurt Vote Esq,    Wanger Jones Helsley PC,    265 E River Park Circle Suite 310,
                 Fresno Ca 93720-1580
21382350       +Lincoln Grantor Farms,    4721 W Jennifer Ste 5,    Fresno Ca 93722-6499
21382351       +Madera Irrigation District,    12152 Road 28 1 4,    Madera Ca 93637-9199
21382352       +Manning Avenue Pistachios,    4721 W Jennifer Ste 5,    Fresno Ca 93722-6499
21382353       +Mark Hagopian,    14332 S Chesnut,    Fresno Ca 93725-9623
21382356        PG E,    PO Box 997300,    Sacramento Ca 95899-7300
21382354       +Payroll Pros,    1840 Shaw Avenue Suite 105-121,    Clovis Ca 93611-4078
21382355       +Penny Newman,    2691 S Cedar Avenue,    Fresno Ca 93725-2032
21382357      +++QBE,    2125 158TH CT NE,    BELLEVUE WA  98008-2126
                 (address filed with court:   QBE,     15805 NE 24th Street,    Bellevue WA 98009)
21382358       +Red Triangle Oil,    2809 S Chesnut,    Fresno ca 93725-2296
21382359       +Sandra Funk CPA,    6700 N First Suite 129,    Fresno Ca 93710-3956
21382361       +Simplot Grower Solutions,    PO Box 70013,    Boise ID 83707-0113
21382362       +Union Bank,    145 S State College Blvd Suite 600,    Brea Ca 92821-5833
21382363       +United States Attorney,    For Internal Revenue Service,    2500 Tulare Street Suite 4401,
                 Fresno California 93721-1331
21382364       +United States Department of Justice,    Civil Trial Section Western Region,
                 Box 683 Ben Franklin Station,    Washington District of Columbia 20044-0683
21382365       +West Coast Growers Inc,    4087 N Howard Avenue,    Kerman Ca 93630-9674
21382366       +Wright Hawkins,    7110 N Fresno St Ste 420,    Fresno Ca 93720-2933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Mar 04 2015 02:38:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Mar 04 2015 02:38:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA  95812-2952
smg             EDI: IRS.COM Mar 04 2015 02:38:00      IRS,    PO Box 7346,    Philadelphia, PA  19101-7346
21382337        EDI: DISCOVER.COM Mar 04 2015 02:38:00      Discover,    PO Box 29033,    Phoenix AZ 85038-9033
21382341        EDI: FORD.COM Mar 04 2015 02:38:00      Ford Credit,    PO Box 552679,    Detroit MI 48255-2679
21382349        E-mail/Text: bankruptcies@libertymutual.com Mar 04 2015 03:01:31      Liberty Mutual,
                 PO Box 85834,    San Diego Ca 92186-5834
21382360        EDI: DRIV.COM Mar 04 2015 02:38:00      Santander,    PO Box 660633,    Dallas TX 75266-0633
                                                                                              TOTAL: 7
```

```
District/off: 0972-1          User: admin              Page 2 of 2              Date Rcvd: Mar 03, 2015
                              Form ID: b9e             Total Noticed: 58

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21382346*       Internal Revenue Service,   PO Box 7346,   Philadelphia Pennsylvania 19101-7346
                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2015                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2015 at the address(es) listed below:
NONE.                                                                                  TOTAL: 0
```

FORM b9e Alt. Notice of Chapter 11 Individual or Joint Debtor Asset Case (v.8.14)　　　　15–10705 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
**A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 2/26/15 .**
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

**Case Number:** 15–10705 – B – 11

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Charlotte Ellen Salwasser
xxx–xx–8768

PO Box 296
Biola, CA 93606

**Debtor's Attorney:** Thomas H. Armstrong
5250 N Palm Ave #224
Fresno, CA 93704
**Telephone Number:** (559) 447–4700

## MEETING OF CREDITORS
**Location:** Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1452, 1st Floor, Fresno, CA
**Date & Time:** 4/7/15　10:30 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): 7/6/15　　　For a governmental unit: 8/25/15
**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** 6/8/15
**Deadline to File a Complaint Objecting to Discharge of the Debtor:** First date set for hearing on confirmation of plan. Notice of that date will be sent at a later time.
**Deadline to Object to Exemptions:** Thirty (30) days after the conclusion of the meeting of creditors.
**Creditor with a Foreign Address:** A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

Dated:　　　　　　　　　　　　　　　　　For the Court,
3/3/15　　　　　　　　　　　　　　　　　Wayne Blackwelder , Clerk

FORM b9e (Alt) (Continued)     **EXPLANATIONS**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim with attachments may be filed electronically in all cases by completing the online B10 Proof of Claim form at https://ecf.caeb.uscourts.gov/cgi–bin/autoFilingClaims.pl on the bankruptcy court's web site. A username or password is not required to file an electronic claim. Instructions can be found at http://www.caeb.uscourts.gov/ElectronicClaims.aspx. Alternatively, Official Form B10, the official form prescribed for a Proof of Claim, may be printed and filed with the Clerk. Official Form B10 is available on the bankruptcy court's web site at http://www.caeb.uscourts.gov/documents/Forms/Official/B10.pdf and may be obtained at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *if* your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that the debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

––– **Refer to Other Side For Important Deadlines and Notices** –––