```
1  Bradley A. Silva, #109423
   LAW OFFICES OF BRADLEY A. SILVA
2  8050 North Palm Avenue, Suite 300
   Fresno, California 93711
3  Telephone:   (559) 446-2000
   Facsimile:    (559) 446-2004
4
   Attorney for Creditor,
5  PENNY NEWMAN GRAIN CO.
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re: | ) Case No. 15-10705-B-11 |
|---|---|
| CHARLOTTE ELLEN SALWASSER, doing business as GEORGE SALWASSWER FARMS, | ) Chapter 11 |
| Debtors. | ) |

**REQUEST FOR SPECIAL NOTICE AND PROOF OF SERVICE**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Bradley A. Silva is the attorney of record for PENNY NEWMAN GRAIN CO. As such, I wish to be served with any and all documents related to the above-referenced bankruptcy matter at:

> Bradley A. Silva, Esq.
> LAW OFFICES OF BRADLEY A. SILVA
> 8050 North Palm Avenue, Suite 300
> Fresno, California 93711

Dated: March 9, 2015    LAW OFFICES OF BRADLEY A. SILVA


By */s/ Bradley A. Silva*
Bradley A. Silva
Attorney for PENNY NEWMAN GRAIN CO.,
Creditor

<u>PROOF OF SERVICE</u>

I, Bradley A. Silva, hereby declare:

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is 8050 North Palm Avenue, Suite 300, Fresno, California 93711. I am a member of the Bar of this Court. On March 9, 2015, I served the within documents:

**REQUEST FOR SPECIAL NOTICE**

- ■ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below:

Thomas G. Mouzes, Esq.
BOUTIN JONES, INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

Thomas H. Armstrong, Esq.
LAW OFFICE OF THOMAS H. ARMSTRONG
5250 N. Palm Avenue, Suite 224
Fresno, California 93704

OFFICE OF THE U.S. TRUSTEE
United States Courthouse
2500 Tulare Street, Suite 1401
Fresno, California 93721

Riley C. Walter, Esq.
WALTER WILHELM LAW GROUP
205 E. River Park Circle, Suite 410
Fresno, California 93720

Hagop T. Bedoyan, Esq.
KLEIN, DENATALE, GOLDNER, et al.
5260 N. Palm Avenue, Suite 201
Fresno, California 95704

Kurt F. Vote, Esq.
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720

Charlotte Ellen Salwasser
Post Office Box 296
Biola, CA 93606

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on March 9, 2015, at Fresno, California.

*/s/ Bradley A. Silva*
BRADLEY A. SILVA